IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON THOMAS HOUDASHELT,<br><br>　　　　　Defendant. | CR 20-18-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the in-person Sentencing Hearing currently scheduled for Wednesday, February 24, 2021 at 10:30 a.m. is **VACATED** and **RESET** to commence **VIA VIDEO from the Crossroads Correctional Facility (Shelby, MT) on Wednesday, February 24, 2021 at <u>1:30 p.m.</u>** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 18th day of November, 2020.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE